B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
Western District of Michigan

In re Steven L Blyveis
           *Debtor*

Case No. 21-01872-swd
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Transwest Credit Union

2. Amount of the debt subject to this reaffirmation agreement:
   $ 10,810.50 on the date of bankruptcy  $ 10,810.50 to be paid under reaffirmation agreement

3. Annual percentage rate of interest:  4.74 % prior to bankruptcy
   4.74 % under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 267.00 per month for 41 months

5. Collateral, if any, securing the debt: Current market value: $ 12,125.00
   Description: 2013 Subaru Crosstrek

6. Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

**Debtor's Schedule I and J Entries**

7A. Total monthly income from $ 2695.27
    Schedule I, line 12

8A. Total monthly expenses $ 2230.68
    from Schedule J, line 22

9A. Total monthly payments on $ ∅
    reaffirmed debts not listed on
    Schedule J

**Debtor's Income and Expenses as Stated on Reaffirmation Agreement**

7B. Monthly income from all $ 2695.27
    sources after payroll deductions

8B. Monthly expenses $ 2230.68

9B. Total monthly payments on $ ∅
    reaffirmed debts not included in
    monthly expenses

10B. Net monthly income $ 135.41
     (Subtract sum of lines 8B and 9B from
     line 7B. If total is less than zero, put the
     number in brackets.)

B27 (Official Form 27) (12/13)                Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

         n/a

12. Explain with specificity any difference between the expense amounts (8A and 8B):

         n/a

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on these lines is true and correct.

_____     _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                     required if line 11 or 12 is completed)

**Other Information**

☑ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

This is the Debtor's Vehicle + he will do everything reasonably necessary to make the payments.

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     ✓ Yes          ____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     ✓ Yes          ____ No

**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

Brian Smith Collection Manager
_____
Print/Type Name & Signer's Relation to Case

Form 2400A (12/15)

> Check one.
> ☐ Presumption of Undue Hardship
> ☑ No Presumption of Undue Hardship
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re  Steven L Blyveis
_____,
*Debtor*

Case No. 21-01872-swd

Chapter  7

## REAFFIRMATION DOCUMENTS

Name of Creditor:  TransWest Credit Union

☑ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.

A. Brief description of the original agreement being reaffirmed: Balance owing on Vehicle loan

*For example, auto loan*

B. ***AMOUNT REAFFIRMED***:    $              10,810.50

> The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before ___08/10/2021___, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is ___4.7400___%.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate     ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Form 2400A, Reaffirmation Documents                                                                 Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

   [✓]   $ 267.00 per month for 41 months starting on 08/25/2021.

   [ ]   Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

   Description:              2013 Subaru Crosstrek
   Current Market Value      $                 12,125.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   [ ] Yes. What was the purchase price for the collateral?        $
   [✓] No. What was the amount of the original loan?               $        16,677.39

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 10,810.50 | $ 10,810.50 |
| Annual Percentage Rate | 4.7400 % | 4.7400 % |
| Monthly Payment | $ 467.00 | $ 267.00 |

H. [ ] Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

   Check one.   [✓] Yes    [ ] No

B. Is the creditor a credit union?

   Check one.   [✓] Yes    [ ] No

Form 2400A, Reaffirmation Documents

Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)     $_____

   b. Monthly expenses (including all reaffirmed debts except
   this one)     $_____

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)     $_____

   d. Amount of monthly payment required for this reaffirmed debt     $_____

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

   ☐ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   ☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:



   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

☑ You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Form 2400A, Reaffirmation Documents

Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 9-2-2021  Signature _____
                              Debtor

Date _____  Signature _____
                              Joint Debtor, if any

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor TransWest Credit Union        PO Box 65218 SLC UT 84165
         *Print Name*                          *Address*

Brian Smith                            Signature _____ 9/14/21
*Print Name of Representative*         *Signature*           *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 09|09|21 Signature of Debtor's Attorney _____

Print Name of Debtor's Attorney Steven L. Rayman

Form: 2400A, Reaffirmation Documents

Page 5

# PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.

Reaffirming a debt is a serious financial decision. The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

## A. DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

    a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

    　　i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

    　　ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

    b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B. **INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form 2400B to do this.

Form 2400A, Reaffirmation Documents

## C. DEFINITIONS

1. "**Amount Reaffirmed**" means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. "**Annual Percentage Rate**" means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. "**Credit Union**" means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

# LOAN APPLICATION



**How Do I Apply?** Complete the following sections and sign section 13. Return the application to TransWest Credit Union

**1** Married Applicants may apply for a separate account. Check the appropriate box to indicate Individual Credit or Joint

[x] **Individual Account** - Complete Applicant section. Complete Co-Applicant, Spouse, Guarantor section: 1) about your spouse if you live in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA, WI), or 2) if your spouse will use the account, or 3) if there is a guarantor on the account. Please check box to indicate whom the information is about.

[ ] **Joint Account** - Provide information about both of you by completing Applicant and Other section.

**Amount Requested $** 16677.39   **Purpose of Loan:** Purchase Used Vehicle
**Collateral Offered:** white   2013   Subaru   Crosstrek
**Method of Loan Repayment:**
[ ] Payroll
[x] Cash
[ ] Automatic

## 2 Applicant Information / Co-Applicant Information 3

| Applicant | | Co-Applicant | |
|---|---|---|---|
| NAME (First Middle Last) Steven L Blyveis | | NAME (First Middle Last) | |
| ACCOUNT NUMBER ▬▬▬ | SOCIAL SECURITY NUMBER ▬▬-2494 | ACCOUNT NUMBER | SOCIAL SECURITY NUMBER |
| HOME PHONE NUMBER 385 485 9141 | WORK PHONE NUMBER | HOME PHONE NUMBER | WORK PHONE NUMBER |
| DRIVER'S LICENSE NUMBER 176921437 | DATE OF BIRTH 4-9-1960 | DRIVER'S LICENSE NUMBER | DATE OF BIRTH |
| CURRENT ADDRESS (Street - City, ST and Zip) 1320 W 6690 S  Unit C101 Murray, UT 84123-6667 | | CURRENT ADDRESS (Street - City, ST and Zip) | |
| ☐ Own ☐ Rent ☐ Live w/Relatives ☐ Other  At Address Since: 9-11-2018 | | ☐ Own ☐ Rent ☐ Live w/Relatives ☐ Other  At Address Since: | |
| PREVIOUS ADDRESS (Street - City, ST and Zip) | | PREVIOUS ADDRESS (Street - City, ST and Zip) | |
| ☐ Own ☐ Rent ☐ Live w/Relatives ☐ Other  At Address From:  To: | | ☐ Own ☐ Rent ☐ Live w/Relatives ☐ Other  At Address From:  To: | |
| COMPLETE FOR JOINT CREDIT, SECURED CREDIT, OR IF YOU LIVE IN A COMMUNITY M=Married, W=Widowed, S=Seperated, I=Single, U=Unmarried, D=Divorced, Y=Unknown ☐ | | COMPLETE FOR JOINT CREDIT, SECURED CREDIT, OR IF YOU LIVE IN A COMMUNITY M=Married, W=Widowed, S=Seperated, I=Single, U=Unmarried, D=Divorced, Y=Unknown ☐ | |

## 4 Applicant — EMPLOYMENT INFORMATION — Co-Applicant 5

| Applicant | | Co-Applicant | |
|---|---|---|---|
| NAME AND ADDRESS OF EMPLOYER Williamson-Godwin Truck | | NAME AND ADDRESS OF EMPLOYER | |
| TITLE/POSITION Sales | SUPERVISOR'S NAME | TITLE/POSITION | SUPERVISOR'S NAME |
| START DATE 10-5-2014 | HOURS/WEEK  TYPE OF BUSINESS 0 | START DATE | HOURS/WEEK  TYPE OF BUSINESS |
| PREVIOUS EMPLOYER - NAME AND ADDRESS Watson Suspension 725 E University Dr McKinney | | PREVIOUS EMPLOYER - NAME AND ADDRESS | |
| STARTING DATE 4-1-2010 | ENDING DATE 1-15-2012 | STARTING DATE | ENDING DATE |

## 6 REFERENCES

| NAME AND ADDRESS OF REFERENCE | PHONE / RELATION | NAME AND ADDRESS OF REFERENCE | PHONE / RELATION |
|---|---|---|---|
| Ron Blyveis 14135 Beadle Lake RD Battle Creek, MI 49014 | PHONE: (269)963-2659 RELATION: Father | Steve Chronis 2525 Alex Dr Ann Arbor, MI 48103 | PHONE: (734)663-4276 RELATION: Friend |
| NAME AND ADDRESS OF REFERENCE | PHONE: RELATION: | NAME AND ADDRESS OF REFERENCE | PHONE: RELATION: |

**CONTINUED ON NEXT PAGE**   03/26/2015

## 7 Applicant — INCOME INFORMATION — Co-Applicant 8

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered.

| EMPLOYMENT INCOME | | OTHER INCOME | EMPLOYMENT INCOME | | OTHER INCOME |
|---|---|---|---|---|---|
| $5005.52 Net | Per: MONTH | $ _____ Per: MONTH | $ ____ Net | Per: MONTH | $ ____ Per: MONTH |
| $4004.42 Gross | $5005.52 | Source: | $ Gross | $ | Source: |

## 9 ASSET INFORMATION

| APP | OTH | LIST ALL ITEMS AND PROPERTY THAT YOU OWN | MARKET VALUE | PLEDGED ON ANOTHER LOAN? |
|---|---|---|---|---|
| ☐ | ☐ | | $0.00 | Yes ☐ No ☐ |
| ☐ | ☐ | | $0.00 | Yes ☐ No ☐ |
| ☐ | ☐ | Regular Shares | $0.00 | Yes ☐ No ☐ |
| ☐ | ☐ | Free Checking | $0.00 | Yes ☐ No ☐ |
| ☐ | ☐ | Free Checking | $12.95 | Yes ☐ No ☐ |
| ☐ | ☐ | Regular Shares | $298.51 | Yes ☐ No ☐ |
| ☐ | ☐ | | $0.00 | Yes ☐ No ☐ |
| ☐ | ☐ | | $ | Yes ☐ No ☐ |
| ☐ | ☐ | | $ | Yes ☐ No ☐ |
| ☐ | ☐ | | $ | Yes ☐ No ☐ |

## 10 DEBT INFORMATION

| INC | EXC | NAME AND ADDRESS OF ALL CREDITORS | Account Number | Orig Bal/ Credit Limit | Present Balance | Monthly Payment | Reason? |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | TRANSWEST CU | 317942168 | $50000.00 | $46097.13 | $461.00 | |
| ☐ | ☐ | UNIVERSITY OF MICH CR | 977550604 | 9500.00 | 9499.00 | 188.00 | |
| ☐ | ☐ | SECURITY SERVICE FCU Condo | 6352656020 | $15053.00 0.00 | $15053.00 172000.00 | $284.00 1100.00 | |
| ☐ | ☐ | | | $ | $ | $ | |
| ☐ | ☐ | | | $ | $ | $ | |
| ☐ | ☐ | | | $ | $ | $ | |
| ☐ | ☐ | | | $ | $ | $ | |
| ☐ | ☐ | | | $ | $ | $ | |
| ☐ | ☐ | | | $ | $ | $ | |
| | | ***See attachment for additional debt*** | | $ | $ | $ | |
| Debt Ratio: | | | Totals: | $ | $ | $ | |

## 11 PAST FINANCIAL INFORMATION 12

IF YOU ANSWER "YES" TO ANY QUESTION, PLEASE ATTACH AN EXTRA SHEET WITH AN EXPLANATION

| APPLICANT | Question | CO-APPLICANT |
|---|---|---|
| Yes ○ No ⊗ | DO YOU HAVE ANY OUTSTANDING JUDGEMENTS AGAINST YOU? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | HAVE YOU EVER FILED FOR BANKRUPTCY OR HAD A DEBT ADJUSTMENT CONFIRMED UNDER CHAPTER 13? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | HAVE YOU HAD PROPERTY FORECLOSED UPON OR REPOSSESSED IN THE LAST 7 YEARS? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | ARE YOU INVOLVED IN ANY LAWSUITS? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | ARE YOU OTHER THAN A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | IS YOUR INCOME LIKELY TO DECLINE IN THE NEXT TWO YEARS? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | DO YOU HAVE LOANS UNDER NAMES OR SOCIAL SECURITY NUMBERS OTHER THAN THOSE LISTED ON THE APPLICATION? | Yes ⊗ No ○ |
| Yes ○ No ⊗ | ARE YOU A CO-SIGNER, CO-MAKER, OR GUARANTOR ON ANY OTHER LOANS NOT LISTED ABOVE? | Yes ⊗ No ○ |
| For Whom: | | To Whom: |

## 13 SIGNATURES

I have no other debts, other than those listed above. I certify that all information is true and complete to the best of my knowledge and is given for the purpose of obtaining this loan. The information given herein, while confidential, is subject to verification. It is agreed that this application shall be the property of this credit union, whether or not this loan is granted. No consideration has passed or will pass from me to my endorsers for their signatures. I hereby authorize the disbursement of the proceeds of this loan to such creditors as may be requested or required by the credit union. Receipt of the Equal Credit Opportunity Act Notice is hereby acknowledged. I hereby authorize you to pull credit and to verify or re-verify any information contained in this application including employment and income.

X _[signature]_ 11/13/18   X _____
APPLICANT'S SIGNATURE   DATE           CO-APPLICANT'S SIGNATURE   DATE

| Signature | $ | APPROVED/DECLINED/PENDING: |
| Credit Line | $ | Was Outside Information Considered (Y)es/(N)o: |
| Other | $ | Reasons for Action(s): |
| Signatures: | | |
| X _[signature]_ | | X |
| X | | X |

| PROMISSORY NOTE TRUTH IN LENDING STATEMENT AND SECURITY AGREEMENT |||||
|---|---|---|---|---|
| TRANSWEST CREDIT UNION 37 WEST 1700 SOUTH SALT LAKE CITY, UT 84115 || BORROWER (S) Steven L Blyveis ||||
| ^ || MEMBER NUMBER ▬▬▬ | loan # 150 | deposit # |
| ^ || DATE 11-13-2018 || share # |

PROMISE TO PAY: The undersigned agree to pay to the order of TransWest Credit Union the principal sum of  $ 16677.39
This principal sum shall be repaid together with interest at the rate of 4.740 % per annum.
Interest on the unpaid principal balance shall be calculated at a daily periodic rate which is 1/365th of the per annum interest rate. The principal and interest shall be repayable as follows:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |||
|---|---|---|---|---|
| 71 | 267.00 | Monthly | STARTING | 12-25-2018 |
| 1 | 265.12 || FINAL | 11-25-2024 (e) |

| ANNUAL PERCENTAGE RATE THE COST OF YOUR CREDIT AS A YEARLY RATE | FINANCE CHARGE THE DOLLAR AMOUNT THE CREDIT WILL COST ME | AMOUNT FINANCED THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF | TOTAL OF PAYMENTS THE AMOUNT YOU WILL HAVE PAID WHEN YOU HAVE MADE ALL PAYMENTS AS SCHEDULED |
|---|---|---|---|
| 4.778 % | $ 2564.73 | $ 16677.39 | $ 19222.12 |

Security: This agreement is secured by the following property:  2013   Subaru   Crosstrek   JF2GPAKC4D2868246   deposit #
* If this note has a Loan Deposit Agreement then the full balance of the Loan Deposit account is secured.   share #
Physical Damage: I will be required to purchase physical damage insurance on certain collateral. I may obtain this insurance from anyone I want that is acceptable to the credit union.
Late Charge & Prepayment:  A late charge of five percent (5%) or fifteen dollars ($15.00), whichever is greater, will be charged on any payment not made within ten (10) days its due date. The finance charge shown above is the actual finance charge I will pay if I make all my payments exactly as scheduled. If I make payments early, the actual finance charge will be less. If I pay late, the actual finance charge will be more. I may prepay this loan in full or in part at any time without penalty. Since the finance charges are calculated each day and not in advance, no refund for finance charge is due. Loans may not be paid ahead more than 90 days.
Required Deposit: The annual percentage rate does not take into account my required deposit.
Assumption: This loan is not assumable on the original terms.
Read this agreement carefully for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties. (e means an estimate)

ITEMIZATION OF AMOUNT

Loan proceeds paid to others on my behalf          16677.39
Direct Proceeds                                    0.00
Payoff old loans                                   0.00
America First CU                                   16308.39

NEW LOAN FEE                                       20.00
GAP (RESIDUAL) AUTO INSURANCE                      349.00

. AMOUNT FINANCED (Total of Above Items)           16677.39

Credit Insurance: Credit Insurance is not required to obtain this loan.
Notice and Agreement Relating to Credit Agreement: The undersigned have entered into a credit agreement with TransWest Credit Union (including the terms on the reverse side). The written agreement is a final expression of the agreement between the undersigned and the credit union. This written agreement may not be contradicted by evidence of any oral agreement or alleged oral agreement.
Receipt of Copy: I/We acknowledge receipt of a copy of this Agreement (including the terms on the reverse side) with all applicable sections completed.

Borrower/Owner: _[signed] Steven L Blyveis  11/13/18_      Borrower/Owner: _____

Borrower/Owner: _____     Credit Union Witness: _Edmundo Espiney_

Must be notarized if not witnessed by credit union employee:

On the ____ day of _____, 20____ personally appeared before me the signer(s) of this instrument and duly acknowledged to me that she/he/they executed this instrument.


Notary Public

Page 1 of 2

Case:21-01872-swd  Doc #:14  Filed: 09/21/2021  Page 13 of 14

# UTAH CERTIFICATE OF TITLE

## Corrected Title



**Title Number:** UT004751756

Vehicle Type: Passenger Vehicle  Year: 2013  Make: SUBA  Model: XV CROSSTREK  Body Style: Utility
VIN/HIN: JF2GPAKC4D2868246
Cylinders: 4  Fuel: G  Odometer: 80710  Date Issued: 12/04/2018

TRANSWEST CREDIT UNION
PO BOX 65218
SALT LAKE CITY UT  84165-0218

**Owner Information:**
STEVEN L BLYVEIS
6124 S CRYSTAL RIVER DR
MURRAY UT  84123-7639

**Lienholder Information:**
TRANSWEST CREDIT UNION
PO BOX 65218
SALT LAKE CITY UT  84165-0218

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

### Request For Lien Change
Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens    ☐ Issue a title showing the following as the NEW LIEN HOLDER

| LIEN RELEASE - Signature of lien holder (releasing interest) | Vehicle owner's signature requesting lien change |
|---|---|
| X | |
| Title of signer | New lien holder's name |
| Date | Address |
|  | City     State   ZIP Code |

Division of Motor Vehicles
UTAH STATE TAX COMMISSION
210 North 1950 West
Salt Lake City, Utah 84134

 TC-127 Rev. 01/13 CDR



C 2082564

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

# J.D. POWER

8/9/2021

**J.D. POWER Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2013 Subaru XV Crosstrek Wagon 4D Limited Navigation/Moonroof AWD 2.0L I4 Auto |
| Region: | Pacific Northwest |
| Period: | August 9, 2021 |
| VIN: | JF2GPAKC4D2868246 |
| Mileage: | 116,000 |
| Base MSRP: | $26,495 |
| Typically Equipped MSRP: | $27,290 |
| Weight: | 0 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Rough | $10,150 | -$200 | N/A | **$9,950** |
| Average | $11,350 | -$200 | N/A | **$11,150** |
| Clean | $12,325 | -$200 | N/A | **$12,125** |
| | | | | |
| Clean Loan | $11,125 | -$200 | N/A | **$10,925** |
| Clean Retail | $14,150 | -$200 | N/A | **$13,950** |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Navigation System | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Power Sunroof | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power